No. 98–1156. CONNECTION DISTRIBUTING CO. *v.* RENO, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 98–1163. MARCU *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 98–1253. CERAMICA NUOVA D'AGOSTINO, S. P. A. *v.* MCC-MARBLE CERAMIC CENTER, INC. C. A. 11th Cir. Certiorari denied.

No. 98–1323. PNEUMO ABEX CORP. ET AL. *v.* GRUN. C. A. 7th Cir. Certiorari denied.

No. 98–1325. FALANGA ET AL. *v.* GEORGIA STATE BAR. C. A. 11th Cir. Certiorari denied.

No. 98–1333. TESSIER *v.* COMBUSTION, INC., PLAINTIFFS' STEERING COMMITTEE. C. A. 5th Cir. Certiorari denied.

No. 98–1339. HERWINS *v.* CITY OF REVERE ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1359. LYNDEN AIR FREIGHT, INC. *v.* KAMIKAWA, HAWAII DIRECTOR OF TAXATION. Sup. Ct. Haw. Certiorari denied.

No. 98–1366. SULLIVAN ET AL. *v.* DETILLIER. Ct. App. La., 5th Cir. Certiorari denied.

No. 98–1367. AUDET, NATURAL MOTHER, GUARDIAN, AND NEXT BEST FRIEND OF AUDET, A MINOR *v.* PRUDENTIAL HEALTH CARE PLAN, INC. C. A. 11th Cir. Certiorari denied.

No. 98–1379. LENTINO ET AL. *v.* CAGE; and
No. 98–1380. LENTINO *v.* CAGE. C. A. 5th Cir. Certiorari denied. Reported below: 165 F. 3d 23.

No. 98–1398. WEISSER *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 98–1405. MCCANN *v.* LARSON FOUNDATION. App. Ct. Ill., 4th Dist. Certiorari denied.